E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    Office of Program Litigation, Office 7
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4853
    Email: Paul.Sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LAURO MAGDALENO,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-07912-MRW<br><br>[~~PROPOSED~~]<br>ORDER OF REMAND |

1  Based upon the parties' Stipulation to Remand for Further Proceedings
2  Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in
3  Favor of Plaintiff ("Stipulation to Remand"), and for cause shown, **IT IS**
4  **ORDERED** that the above-captioned action be remanded to the Commissioner of
5  Social Security for further proceedings consistent with the terms of the Stipulation
6  to Remand.

DATED:   03/22/2024

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE